UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

# CIVIL MINUTES – GENERAL

Case No   CV22-00320-AFM                                       Date: August 3, 2022

Title     Elizabeth Veliz v. Nissan North America, Inc. et al

Present: The Honorable:   ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**

    Pursuant to the Joint Stipulation for Dismissal (ECF #17), this action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

    IT IS SO ORDERED.

**Initials of Preparer**   ib